| | |
|---|---|
| 1 | Caitlin C. Blanche (SBN 254109) |
| 2 | caitlin.blanche@klgates.com<br>K&L GATES LLP |
| 3 | One Park Plaza, Twelfth Floor<br>Irvine, CA 92614 |
| 4 | T: (949) 253-0900<br>F: (949) 253-0902 |
| 5 | Morgan T. Nickerson (*pro hac*) |
| 6 | K&L GATES LLP<br>1 Congress Street, Suite 2900 |
| 7 | Boston, MA 02114 |
| 8 | *Attorneys for Plaintiff*<br>*Epson America, Inc.* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>XGIMI TECHNOLOGY INCORPORATED,<br><br>Defendant. | Case No. 8:22-cv-00284-JLS-DFM<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

1 | The Parties to the above-captioned action, by their undersigned counsel and
2 | pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby
3 | stipulate to the dismissal of all claims asserted in this action, with prejudice. Each
4 | party waives all rights of appeal and agrees to bear its own respective costs and
5 | attorneys' fees in this matter.

Dated: October 5, 2023              K&L GATES LLP

                                    By:  /s/Morgan T. Nickerson
                                         Caitlin C. Blanche
                                         Morgan T. Nickerson

                                         *Attorneys for Plaintiff*
                                         *Epson America, Inc.*

Dated: October 5, 2023              HOGAN LOVELLS US LLP

                                    By:  /s/Michael L. Turrill
                                         Michael L. Turrill
                                         Poopak Nourafchan

                                         *Attorneys for Defendant*
                                         *XGIMI Technology Incorporated*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

K&L GATES LLP

By: */s/ Morgan T. Nickerson*
    Morgan T. Nickerson

Attorney for Plaintiff
Epson America, Inc.